# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EMILIO BARRAZA-RUBIO, <br><br> Defendant. | Case No.: 19-CR-2145-DMS <br><br> **ORDER AND JUDGMENT DISMISSING INDICTMENT WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed without prejudice.

SO ORDERED.

Dated: August 2, 2019

Hon. Dana M. Sabraw
United States District Judge